**DENIED and Opinion Filed May 26, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00511-CV**

**IN RE KARLA D. STOVER AND ROBERT J.S. THOMPSON, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07079**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relators' May 25, 2023 petition for writ of mandamus wherein relators seek relief from the trial court's denial of their motion to stay.

Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators bear the burden of providing the Court with a sufficient record to show they are entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Because the parties in an original proceeding assemble their own record, this Court strictly enforces the requirements of rule 52 to ensure

the integrity of the mandamus record. *In re Vasquez*, No. 05-15-00592-CV, 2015 WL 2375504, at *1 (Tex. App.—Dallas May 18, 2015, orig. proceeding) (mem. op.).

Relators' record does not comply with the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.7(a)(2). Relators' petition shows that the trial court held a hearing on their motion to stay, but relators did not include either a properly authenticated transcript of any relevant testimony or a statement that no testimony was adduced in connection with the matter complained. *See id.* As a result, we conclude that relators have failed to meet their burden to provide a sufficient record.

Alternatively, were we to suspend operation of rule 52.7(a)(2), after reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for emergency stay of proceedings as moot.

230511f.p05

/Emily Miskel//
EMILY MISKEL
JUSTICE